UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM M. HARGRAVE,

    Plaintiff,

v.

CAROL PORTER *et al.*,

    Defendants.

Case No. C05-5313RBL

ORDER TO PROVIDE SERVICE DOCUMENTS

Plaintiff has been granted leave to proceed *in forma pauperis*. Plaintiff has not provided service copies of the complaint or marshal service forms. The Clerk is directed to send plaintiff six service forms.

Plaintiff will fill out the forms and return them with copies of the complaint so the court can attempt service by mail. The forms must be returned on or before **July 8th, 2005** or the court will recommend dismissal for failure to prosecute.

The Clerk is directed to send a copy of this Order and the service forms to plaintiff and note this matter for **July 8th, 2005.**

DATED this 8th day of June, 2005.

                */S/ J. Kelley Arnold*
                J. Kelley Arnold
                United States Magistrate Judge

ORDER