FILED ___ LODGED ___
___ RECEIVED

NOV 23 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM H. HARGRAVE,

Plaintiff,

v.

CAROL PORTER, *et al.*,

Defendants.

Case No. C05-5313RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED WITHOUT PREJUDICE.** Plaintiff failed to exhaust available remedies.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 22d day of November, 2005.

Ronald B. Leighton
United States District Judge

05-CV-05313-ORD